# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| Case No: | 18-33148 | JPG | Judge: | John P. Gustafson | Trustee Name: | WILLIAM L. SWOPE, TRUSTEE |
|---|---|---|---|---|---|---|
| Case Name: | AARON E. JACOBS | | | | Date Filed (f) or Converted (c): | 10/10/2018 (f) |
| | | | | | 341(a) Meeting Date: | 12/03/2018 |
| For Period Ending: | 03/07/2019 | | | | Claims Bar Date: | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 2012 CHEVROLET MALIBU MILEAGE: 65000 | 7,450.00 | 0.00 | | 0.00 | FA |
| 2. MISC. HOUSEHOLD GOODS | 450.00 | 0.00 | | 0.00 | FA |
| 3. ELECTRONICS | 300.00 | 0.00 | | 0.00 | FA |
| 4. WEARING APPAREL | 150.00 | 0.00 | | 0.00 | FA |
| 5. CASH | 20.00 | 0.00 | | 0.00 | FA |
| 6. FAHEY BANK | 100.00 | 0.00 | | 0.00 | FA |
| 7. SECURITY DEPOSIT WITH LANDLORD | 450.00 | 0.00 | | 0.00 | FA |
| 8. THROUGH EMPLOYMENT | 300.00 | 0.00 | | 0.00 | FA |
| 9. TERM INSURANCE THROUGH EMPLOYMENT | 0.00 | 0.00 | | 0.00 | FA |
| 10. POSSIBLE PREFERENCE PAYMENT (u) | 0.00 | 1.00 | | 0.00 | 1.00 |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)        $9,220.00        $1.00        $0.00        $1.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

RE PROP #        10        --        TRUSTEE INVESTIGATING VALUE OF ASSET.

Initial Projected Date of Final Report (TFR): 03/07/2021        Current Projected Date of Final Report (TFR): 03/07/2021

Trustee Signature:        /s/ WILLIAM L. SWOPE, TRUSTEE        Date: 03/07/2019

WILLIAM L. SWOPE, TRUSTEE
610 TIFFIN AVE.
FINDLAY OH 45840
(419) 422-0288