IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| IN RE | * |
| | * Case No. 18-33148 |
| | * |
| | * Judge John P. Gustafson |
| AARON E. JACOBS | * |
| | * REQUEST FOR NOTICE |
| | * |
| | * William L. Swope, Trustee |
| | * 610 Tiffin Ave. |
| | * Findlay, Ohio 45840 |
| | * Sup. Ct. #0029538 |

**TO THE CLERK, UNITED STATES BANKRUPTCY COURT:**

It appears to the Trustee that there will be assets for distribution in the above-captioned matter. Please issue notice to the creditors to file claims.

/s/William L. Swope
William L. Swope, Trustee
Sup. Ct. #0029538
610 Tiffin Ave
Findlay, Ohio 45840
(419) 422-0288
trustee7@sbcglobal.net

## CERTIFICATE OF SERVICE

I certify that on Thursday, March 07, 2019, a true and correct copy of the Request For Notice was served:

Via the court's Electronic Case Filing System on these entities and individuals who are listed on the court's Electronic Mail Notice List:

    BRENT A. ROWLAND, on behalf of AARON E. JACOBS, debtor, at brentarowland@marion.net

    United States Trustee, at (Registered address)@usdoj.gov

 

/s/William L. Swope_____
William L. Swope, Trustee
Sup. Ct. #0029538
610 Tiffin Ave
Findlay, Ohio 45840
(419) 422-0288
trustee7@sbcglobal.net